

# Fourth Court of Appeals

## San Antonio, Texas

March 2, 2022

No. 04-22-00054-CV

Douglas K. **SMITH**,
Appellant

v.

**PIONEER BANK**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-24897
Honorable Norma Gonzales, Judge Presiding

# O R D E R

Appellant's brief is due March 2, 2022. On March 1, 2022, appellant filed a motion requesting an extension of time until March 9, 2022 to file his brief. After consideration, we **grant** the motion and **order** appellant's brief due **by March 9, 2022.**

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of March, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court